[No. 3991.]
## SHORE v. THE PEOPLE.

CONTEMPT—JURISDICTION—APPEAL AND WRIT OF ERROR.
An appeal will not lie to review a judgment imposing a penalty for contempt of court but such judgment may be reviewed on writ of error.

*Appeal from the District Court of Montrose County.*

Mr. HUGO SELIG and Mr. JOHN GRAY, for appellant.

Mr. DAVID M. CAMPBELL, attorney general, Mr. CALVIN E. REED and Mr. DAN B. CAREY, for the people.

PER CURIAM.   This is an appeal from a judgment imposing a penalty for contempt of court.   It is the settled doctrine of this court that an appeal does not lie in such a case, and it will therefore be dismissed.   *Teller v. The People*, 7 Colo. 451 ; *Cooper v. The People*, 13 Colo. 337, 355 ; *Wyatt v. The People*, 17 Colo. 252, 257 ; *Bloom v. The People*, 23 Colo. 416.

As the court would have jurisdiction to review the judgment on writ of error, there will be an order dismissing the appeal, and directing the clerk, without additional fees, to enter the action as pending upon writ of error, in accordance with the statute so providing.   Session Laws, 1893, p. 80.

*Appeal dismissed.*